UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLUSGRADE L.P.,

              Plaintiff,

-against-

ENDAVA INC. and COMTRADE DIGITAL
SERVICES LTD. d/b/a VOYEGO,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2021

1:21-cv-01530-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court held a pre-motion conference in this case on June 9, 2021. In advance of the conference, Defendants filed a letter seeking leave to file a motion to dismiss Plaintiff's complaint. *See* ECF No. 18. Plaintiff opposes the anticipated motion. *See* ECF No. 20. The Court ordered [ECF No. 21], and the parties submitted [ECF Nos. 22, 23] supplemental letters to be filed by the parties concerning Plaintiff's request for jurisdictional discovery. Along with their letters, Defendants filed a declaration of the Director of Defendant Comtrade Digital Services Ltd., Oliver Lynch. This Order memorializes the rulings at the June 9 conference.

      Plaintiff's request for jurisdictional discovery is GRANTED to the extent that Plaintiff may depose Oliver Lynch within two weeks of this order. The parties must confer on a mutually agreeable time for the deposition. On or before June 10, 2021, the parties must submit a letter to the Court, filed on ECF, advising when the deposition will take place.

      Defendants' request for leave to file a motion to dismiss the complaint also is GRANTED. The motion must be filed on or before June 30, 2021. Plaintiff's Opposition must be filed by July 14, 2021. Defendants' reply, if any, must be filed by July 21, 2021.

Any request for adjournment or extension of the deadlines herein must be made at least 72 hours in before the deadline.  Absent good cause, failure to comply with this requirement will result in denial of the request.

**SO ORDERED**

**DATED: June 9, 2021**
       **New York, New York**

                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**