USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLUSGRADE L.P.,

          Plaintiff,

-against-

ENDAVA INC. and COMTRADE DIGITAL SERVICES LTD. d/b/a VOYEGO,

          Defendants.

1:21-cv-01530-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The parties in this case have submitted a joint letter [ECF No. 27] regarding a dispute about the attendance of a non-attorney individual, specifically the Chief Executive Officer of the Plaintiff entity, may attend the deposition of Defendant's witness, Oliver Lynch. Upon review of the letter and the authorities cited therein, IT IS HEREBY ORDERED that Plaintiff's CEO may attend the deposition. A representative of a party ordinarily is permitted to attend a deposition, and Defendants have not provided sufficient cause to overcome that rule and designate the deposition as "Attorney's Eyes Only" discovery material. *See Guillebeaux v. H.E.L.P. Homeless Servs. Corp.,* No. 19-CIV-1744-LAP-SLC, 2020 WL 4731420, at *3 (S.D.N.Y. Aug. 14, 2020); *see also* Fed. R. Evid. 615. Plaintiff, however, is reminded that its CEO may not speak or otherwise obstruct the deposition. The parties further are admonished that they should work together in good faith as professionals in connection with the conduct of discovery.

**SO ORDERED**

**DATED: June 22, 2021**
          **New York, New York**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**