UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PLUSGRADE L.P.,

                Plaintiff,

-against-                                      21 **CIVIL** 1530 (MKV)

                                                          **JUDGMENT**

ENDAVA INC., et al.,

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2023, Defendants' motions to dismiss are granted and Plaintiff's Amended Complaint is dismissed. This dismissal is without prejudice, however, as there is insufficient evidence to conclude that Plaintiff's group pleading was made in bad faith or that any attempt to again amend the complaint would be futile. The motion for oral argument filed by the Non-Seller Defendants is denied.

**Dated:**  New York, New York

       March 8, 2023

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                               **BY:**       *K. Mango*

                                                                      **Deputy Clerk**